BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDWARD KRASTOF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00024 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER WAIVING |
| ) | INTEREST ON RESTITUTION ORDER |
| vs. ) | |
| ) | |
| EDWARD KRASTOF, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On August 4, 2006, the Court sentenced Edward Krastof to twenty-four months in custody. According to U.S. Probation Officer Nicole Fairchild, Mr. Krastof to date is compliant with all terms of his supervised release and has been so since his release from custody.

Mr. Krastof recently informed defense counsel that he had paid the entirety of his restitution obligation, save interest. The probation officer confirms this as well. Due to defense counsel's oversight, however, no request was made during Mr. Krastof's sentencing hearing that the Court waive interest on the restitution obligation. Mr. Krastof is informed that no interest will be assessed if the Court issues an order to that effect.

IT IS THEREFORE STIPULATED AND AGREED that the Court may order any interest on the restitution obligation imposed in the judgment dated August 7, 2006, be

STIP/ORD
1

1 | WAIVED.

2 | Dated: March 3, 2009

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: March 3, 2009

/S/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that any interest now due and owing on the restitution obligation imposed by the judgment in this case is WAIVED.

Dated: March  4 , 2009

_____
D. LOWELL JENSEN
United States District Judge

STIP/ORD

2